Az. Dept. of corrections meadows prison 7-D-12
P.O. Box 3300
Florence, Az. 85132-3300

**RECEIVED**
JUL 8 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of The court
U.S. District court Sandra Day O'connor
U.S courthouse
suite 130
401 west Washington street SPC 10
Phoenix, Arizona 85003-2119

**LEGAL MAIL,
ARIZONA DEPARTMENT
OF CORRECTIONS**

Legal mail