1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

11  Philip Davis,

12          Plaintiff,

13      v.

14  Kenneth Copeland, et al.,

15          Defendants.

16
17
18

CASE NO:
CV–16–02316–PHX–SPL (DMF)

**NOTICE OF ASSIGNMENT**

19      On July 8, 2016, Plaintiff filed a pro se Complaint which has been

20  assigned the case number listed above. This case has been assigned to District

21  Court Judge Steven P Logan and has been referred to Magistrate Judge

22  Deborah M Fine (PS) and the Court's Legal Staff. When any action is taken

23  in this case, you will be notified by Court order.

24      DATED this 8th day of July, 2016.

25                          *s/Brian D. Karth*

26                          Brian D. Karth
                            District Court Executive/Clerk
27

28  cc: Plaintiff

1

2

3

4

5

6

7

8                                            WARNING!

9   Failure to comply with the following rules will result in your document being STRICKEN

10  and/or your case being DISMISSED:

11  (1)   You must file a Notice of Change of Address if your address changes.

12  (2)   You must correctly label any further documents with the above assigned

13        caption and case numbers. LRCiv 7.1(a).

14  (3)   You must sign your name and date every document you file. FED. R. CIV. P. 11.

15  (4)   If applicable, you must provide an original and one copy of any document to

16        be filed. If you request a conformed copy, you must provide an original

17        and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers.

18  (5)   If applicable, you must mail copies of every document you file to all respondents.

19        or their attorneys, FED. R. CIV. P. 5(a), and every document you file

20        must include a certificate stating the date a copy of the document was mailed

21        to respondents or their attorneys. This does not apply to prisoner e−filers.

22  (6)   The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.

23

24

25

26

27

28